# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE GARCIA FLORES, | No. CV 10-6579-DMG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MICHAEL McDONALD, Warden, | |
| Respondent. | |

Pursuant to the order adopting the Magistrate Judge's final report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 22, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE